## Edward Goodwin, Plaintiff-Appellant, v. Robert Lamb, Defendant-Appellee.

### Gen. No. 10,514.

Dan H. McNeal, James H. Andrews, Harper Andrews, and Campbell Andrews, for appellant; Thomas J. Welch, and R. Sheridan Welch, for appellee. Opinion by Justice Dove. Not to be published in full. Opinion filed September 27, 1951; released for publication October 29, 1951.